UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CONSUELO RODRIGUEZ,<br>Plaintiff,<br>v.<br>NISSAN NORTH AMERICA, INC.,<br>Defendant. | Case No. 1:25-cv-00339-JLT-CDB<br><br>ORDER REGARDING COUNSEL FOR PLAINTIFF'S EX PARTE COMMUNICATION WITH THE COURT |

On September 28, 2026, the Court entered an order setting this matter for a settlement conference. (Doc. 36). Among other things, the order directed: "Unless otherwise permitted in advance by the Court, the following individuals must attend the settlement conference: (1) all attorneys who will try the case … ." *Id.* at 2.[1]

On October 15, 2026, counsel for Plaintiff, Matthew Treybig, transmitted an improper ex parte communication to the Court's proposed orders email address. In his email, Mr. Treybig wrote: "I write to provide notice, with respect to my appearance at the MSC hearing, I may not be available to appear on the 22nd. I begin trial in Monterey this October 19th which is expected to

[1] The order also required Plaintiff to submit to Defendant a pre-settlement conference settlement demand. Plaintiff failed to timely comply with this provision of the order and the Court ordered Plaintiff to show cause why sanctions should not be imposed. (Doc. 38). In response, counsel for Plaintiff, Matthew Treybig, explained that the oversight was "inadvertent" and had been cured by counsel's belated submission to Defendant of a settlement demand.

last throughout the week. If I'm unable to appear, I will ensure that a colleague of mine will appear fully briefed."

The Court declines to construe Mr. Treybig's email as a properly noticed request for order excusing him from attendance at the settlement conference. To the extent Mr. Treybig is one of the "attorneys who will try the case," the Court commends to him its earlier order requiring his attendance at the settlement conference unless advanced authorization for excusal is granted by the Court.

The Court also commends to Mr. Treybig its earlier admonition that it has reserved the entire day for this settlement conference and expects the parties will proceed with the settlement conference in good faith and attempt to resolve all or part of the case. *Id.* at 1.

IT IS SO ORDERED.

Dated: **October 16, 2026**

UNITED STATES MAGISTRATE JUDGE